**UNITED STATES DISTRIC COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **EARL KENNON,** <br> ***Plaintiff,*** <br><br> **v.** <br><br> **DEPCOM POWER, INC., et al.,** <br> ***Defendants.*** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br><br> **Case No. 2:25-CV-204** <br><br> **The Honorable James L. Graham** <br><br> **STIPULATION OF VOLUNTARY DISMISSAL WITH TOLLING AGREEMENT** |

---

Plaintiff Earl Kennon ("Plaintiff") and Defendants Dominion Energy, Inc., Dominion Energy Services, Inc. and Dominion Solar Projects VII, Inc. (the "Dominion Defendants") hereby stipulate to a voluntary dismissal, without prejudice, pursuant to Fed. R. Civ. P. 41(A)(ii).

The parties acknowledge that the reason for this dismissal is the parties' mutual desire to include only parties with involvement in the dispute.

In consideration of the parties agreed dismissal of Dominion Defendants without prejudice, the parties desire to entire into a tolling agreement that follows: Plaintiff reserves all rights to make allegations and claims against Dominion Defendants as discovered and warranted. During the pendency of this case, Dominion Defendants waive the defense of the statute of limitations against any claim Plaintiff has or may bring against Dominion Defendants as discovered or warranted. With the exception of the defense of the statute of limitations, Dominion Defendants reserve all rights and defenses as to any claims that are or may be alleged by Plaintiff.

**Stipulated and Agreed:**

*/s/ J. Thomas Nocar (by consent)*
J. Thomas Nocar (0092963)
Email: tnocar@hahnlaw.com

*/s/ Ryan T. Wagner*
Ryan T. Wagner
Email: rwagner@armstronglee.com

HAHN LOESER & PARKS LLP
65 E. State Street, Suite 2500
Columbus, Ohio 43215

*Counsel for Defendants Dominion Energy, Inc., Dominion Energy Services, Inc., Dominion Solar Projects VII, Inc. and Atlanta Farms Solar Project, LLC*

ARMSTRONG LEE & BAKER LLP
2800 N. Loop W., Suite 900
Houston, TX 77092

*Counsel for Plaintiff*

Respectfully submitted,

By: */s/ Ryan T. Wagner*

Scott P. Armstrong
Ryan T. Wagner
McKinsey M. Warman
*Admitted Pro Hac Vice*
ARMSTRONG LEE & BAKER LLP
2800 N. Loop W., Suite 900
Houston, TX 77092
Phone (832) 709-1124
Fax (832) 709-1125
sarmstrong@armstronglee.com
rwagner@armstronglee.com
mwarman@armstronglee.com

-and-

Romney Cullers (0053668)
David W. Skall (0068740)
THE BECKER LAW FIRM
1111 Superior Avenue, East – Suite 400
Cleveland, Ohio 44114
Phone (440) 323-7070
Fax (440) 323-1879
rcullers@beckerlawlpa.com
dskall@beckerlawlpa.com

***Attorneys for Plaintiff Earl Kennon***

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of March, 2025, the foregoing document was electronically filed with the Court's CM/ECF system, which will automatically send notice of such filing to all attorneys of record.

*/s/ Ryan T. Wagner*
Ryan T. Wagner