**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| EARL KENNON, | ) | |
| | ) | Case No. 2:25-cv-204 |
| Plaintiff, | ) | |
| | ) | Honorable James L. Graham |
| v. | ) | |
| | ) | Removed from Court of Common Pleas, |
| DEPCOM POWER, INC., et al., | ) | Pickaway County, Ohio |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT KOCH, INC.**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Earl Kennon and Defendant Koch, Inc. hereby stipulate to the dismissal of Plaintiff's Complaint (ECF No. 3) against Koch, Inc. without prejudice. If the Court grants Plaintiff's Motion to Amend the Complaint (ECF No. 25), Plaintiff and Defendant Koch, Inc. hereby stipulate to the dismissal of Plaintiff's Amended Complaint claims against Koch, Inc. without prejudice. Each party will bear its own fees and costs.

Pursuant to S.D. Ohio Civ. R. 7.3(b), undersigned counsel attempted in good faith to consult with counsel for the other parties to determine if any opposed this stipulation. At the time of this filing, Vermeer Manufacturing Company does not oppose this stipulation but undersigned counsel has not received a response from the other parties to this lawsuit.

By: /s/ Ryan T. Wagner [per email authorization]
Scott P. Armstrong
Ryan T. Wagner
McKinsey M. Warman
Admitted Pro Hac Vice
ARMSTRONG LEE & BAKER LLP
2800 N. Loop W., Suite 900
Houston, TX 77092
Phone (832) 709-1124

Fax (832) 709-1125
sarmstrong@armstronglee.com
rwagner@armstronglee.com
mwarman@armstronglee.com

-and

Romney Cullers (0053668)
David W. Skall (0068740)
THE BECKER LAW FIRM
1111 Superior Avenue, East – Suite 400
Cleveland, Ohio 44114
Phone (440) 323-7070
Fax (440) 323-1879
rcullers@beckerlawlpa.com
dskall@beckerlawlpa.com
Attorneys for Plaintiff Earl Kennon

*/s/ Jeff A. Bartolozzi*
Anthony C. Sallah (0092603)
BARNES & THORNBURG LLP
171 Monroe Ave. NW, Suite 1000
Grand Rapids, MI 49503
Tel: 616-742-3976
Fax: 616-742-3999
Anthony.Sallah@btlaw.com

Jeff A. Bartolozzi (0095664)
Paul N. Garinger (0079897)
BARNES & THORNBURG LLP
41 South High Street, Suite 3300
Columbus, OH 43215
Tel: 614-628-1406
Fax: 614-628-1433
Jeff.Bartolozzi@btlaw.com
Paul.Garinger@btlaw.com

*Counsel for Defendant DEPCOM Power, Inc. and Koch, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on all parties of record on April 7, 2025, via the Court's CM/ECF system.

*/s/ Jeff A. Bartolozzi*
Jeff A. Bartolozzi